UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

CHRISTOPHER CARSON SMITH,

        Plaintiff,        Case No. 1:23-cv-575

v.        Honorable Phillip J. Green

DAVID DAWDY, et al.,

        Defendants.
_____/

## **ORDER**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's motion to return this case to mediation (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the stay of this proceeding that was entered to facilitate mediation is **LIFTED**.

**IT IS FURTHER ORDERED** that the agency having custody of Plaintiff shall again commence collection of the filing fee as outlined in the Court's prior order granting Plaintiff leave to proceed *in forma pauperis*.

Dated:  November 9, 2023        /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            United States Magistrate Judge