UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTOPHER CARSON SMITH,

        Plaintiff,

v.

DAVID DAWDY, et al.,

        Defendants.
_____/

Case No. 1:23-cv-575

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

This judgment resolves all claims and this case is terminated.

Dated:  November 9, 2023            /s/ Phillip J. Green
                                                         PHILLIP J. GREEN
                                                         United States Magistrate Judge