UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER CARSON SMITH #233282,

    Plaintiff,

v.

    Case No: 1:23-cv-575

    HON. ROBERT J. JONKER

DAVID DAWDY et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 14, 2025 (ECF No. 64). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 64) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the following defendants are **DISMISSED** without prejudice and **TERMINATED** from this action: Heidi Washington, Greg Johnson, Jennifer Zaha, Hanna Saad, Siming Hummer, A. Kowalkowski, Kirtida Patel, Kevin Francies, M. Singhurse, Joan McDevitt, Connie Lester, Gail Burch, Michael Barrett, L. Bressett, and Gabrielle McCall.

Dated:  December 10, 2025      /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE